**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Angelo Mikale Breashears, | Case No. 21-cv-712 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Union Gospel Mission (UGMT), et al., | |
| Defendants. | |

---

Angelo Mikale Breashears, 435 University Avenue, St. Paul, MN 55130, Plaintiff pro se.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 26, 2021 [Doc. No. 5]. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order:

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 18, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge